IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-432-WO-JLW

| | |
|---|---|
| SUWANDA EVETTE HUMPHREYS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROWAN-SALISBURY BOARD OF ) <br> EDUCATION and DEPUTY TOMMY ) <br> CATO, ) <br> ) <br> Defendants. ) | **DEFENDANT DEPUTY TOMMIE CATO'S MOTION TO TAX COSTS** |

___

NOW COMES the Defendant Deputy Tommie Cato, who is a prevailing party in this matter, by and through counsel, and respectfully moves the Court, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.1, for an Order taxing allowable costs against the Plaintiff in the amount of $1,900.95.

In support of Defendant Tommie Cato's Motion to Tax Costs, the Defendant Tommie Cato submits the attached completed AO Form 133 Bill of Costs and accompanying Affidavit of Costs Incurred on Behalf of Defendant Tommie Cato, with exhibits.

Respectfully submitted, this the 17th day of May, 2023.

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail:  Jim.Morgan@wbd-us.com

*Counsel for Defendant Deputy Tommie Cato*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed the foregoing **DEFENDANT DEPUTY TOMMIE CATO'S MOTION TO TAX COSTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail: Jim.Morgan@wbd-us.com

*Counsel for Defendant Deputy Tommie Cato*