# ATTACHMENT 1

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| SUWANDA EVETTE HUMPHREYS<br><br>v.<br><br>ROWAN-SALISBURY BOARD OF EDUCATION<br>and DEPUTY TOMMY CATO | )<br>)<br>)  Case No.: 1:21-cv-432-WO-JLW<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/29/2023__ against __Plaintiff__,
  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ................................................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,900.95 |
| Fees and disbursements for printing ................................................................ | |
| Fees for witnesses *(itemize on page two)* ................................................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................................ | |
| Docket fees under 28 U.S.C. 1923 ................................................................ | |
| Costs as shown on Mandate of Court of Appeals ................................................................ | |
| Compensation of court-appointed experts ................................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ................................................................ | |
| **TOTAL** $ | **1,900.95** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __/s/ James R. Morgan, Jr.__

Name of Attorney: __James R. Morgan, Jr.__

For: __Defendant Deputy Tommie Cato__   Date: __05/17/2023__
  *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
*Clerk of Court*        *Deputy Clerk*        *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| NAME OF DEPONENT | STATUS OF DEPONENT | DATE OF DEPOSITION | PARTY NOTICING DEPOSITION | TRANSCRIPT/DEPOSITION FEE |
|---|---|---|---|---|
| Suwanda Evette Humphreys | Plaintiff | 8/9/2022 | Defendants | $801.50 |
| Charles Edwards and Lynn Moody | Witnesses | 8/30/2022 | Plaintiff | $286.10 (bill combined for both depositions) |
| Tommie Dean Cato, III | Defendant | 8/23/2022 | Plaintiff | $357.40 |
| Kevin Auten | Witness | 8/29/2022 | Plaintiff | $244.25 |
| Sergeant Wes Smith | Witness | 8/31/2022 | Plaintiff | $211.70 |
| TOTAL | | | | $1,900.95 |



Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 746734 | 8/23/2022 | 409302 |

| Job Date | Case No. |
|---|---|
| 8/9/2022 | 1:21-cv-432-WO-JLW |

| Case Name |
|---|
| Suwanda Evette Humphreys vs. Rowan Salisbury Board of Education, et.al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

James R. Morgan, Jr., Esq.
Womble Bond Dickinson (US) LLP
1 W 4th St
Winston Salem, NC 27101

ORIGINAL TRANSCRIPT OF:
   Suwanda Evette Humphreys

                             801.50

**TOTAL DUE   >>>**   **$801.50**

Location of Job   : Web Conference All Parties Joining Remotely
                       Charlotte, NC 28208

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

James R. Morgan, Jr., Esq.
Womble Bond Dickinson (US) LLP
1 W 4th St
Winston Salem, NC 27101

Job No.       : 409302            BU ID       : 1-MAIN
Case No.     : 1:21-cv-432-WO-JLW
Case Name  : Suwanda Evette Humphreys vs. Rowan Salisbury
                  Board of Education, et.al.
Invoice No.  : 746734             Invoice Date : 8/23/2022
**Total Due**   : **$801.50**

Remit To: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41648 | 9/2/2022 | 25163 |

| Job Date | Case No. |
|---|---|
| 8/30/2022 | 1:21-cv-432-WO-JLW |

| Case Name |
|---|
| Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato |

| Payment Terms |
|---|
| Net 30 |

## every|WORD
EveryWord, Inc. Real-time Reporting

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

---

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|     Charles Edwards | 43.00 | Pages | 133.30 |
|         Zoom Connection | 1.00 | | 35.00 |
|         E-Transcript & PDF Emailed | 1.00 | | 0.00 |
|         Online access to docs at www.EveryWordInc.com | 1.00 | | 0.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|     Lynn Moody | 38.00 | Pages | 117.80 |
|         E-Transcript & PDF Emailed | 1.00 | | 0.00 |
|         Online access to docs at www.EveryWordInc.com | 1.00 | | 0.00 |
| | **TOTAL DUE >>>** | | **$286.10** |
| | AFTER 10/2/2022 PAY | | $298.97 |

Location of Job : Remote NC
We appreciate your business.

---

Tax ID: 27-1166742

*Please detach bottom portion and return with payment.*

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

Invoice No.   : 41648
Invoice Date  : 9/2/2022
**Total Due**   : **$286.10**
AFTER 10/2/2022 PAY $298.97

Remit To: **EveryWord, Inc.**
        **P.O. Box 1459**
        **Columbia, SC 29202**

Job No.    : 25163
BU ID      : 1-EWI
Case No.   : 1:21-cv-432-WO-JLW
Case Name  : Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato

# every♦WORD

EveryWord, Inc. Real-time Reporting

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41662 | 9/2/2022 | 25161 |

| Job Date | Case No. |
|---|---|
| 8/23/2022 | 1:21-cv-432-WO-JLW |

| Case Name |
|---|
| Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato |

| Payment Terms |
|---|
| Net 30 |

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Tommie Dean Cato, III | 104.00 | Pages | 322.40 |
| Zoom Connection | 1.00 | | 35.00 |
| E-Transcript & PDF Emailed | 1.00 | | 0.00 |
| Online access to docs at www.EveryWordInc.com | 1.00 | | 0.00 |

TOTAL DUE >>> $357.40
AFTER 10/2/2022 PAY $373.48

Location of Job : Remote NC, NC

We appreciate your business.

---

**Tax ID:** 27-1166742

*Please detach bottom portion and return with payment.*

---

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

Invoice No. : 41662
Invoice Date : 9/2/2022
**Total Due** : **$357.40**
AFTER 10/2/2022 PAY $373.48

Remit To: **EveryWord, Inc.**
**P.O. Box 1459**
**Columbia, SC 29202**

Job No. : 25161
BU ID : 1-EWI
Case No. : 1:21-cv-432-WO-JLW
Case Name : Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato

# INVOICE

**every|WORD**
EveryWord, Inc. Real-time Reporting

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41653 | 9/2/2022 | 25162 |
| **Job Date** | | **Case No.** |
| 8/29/2022 | | 1:21-cv-432-WO-JLW |
| **Case Name** | | |
| Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato | | |
| **Payment Terms** | | |
| Net 30 | | |

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Kevin Auten | | 45.00 Pages | 139.50 |
| 4 Day Delivery | | | 69.75 |
| Zoom Connection | | 1.00 | 35.00 |
| E-Transcript & PDF Emailed | | 1.00 | 0.00 |
| Online access to docs at www.EveryWordInc.com | | 1.00 | 0.00 |
| | | **TOTAL DUE >>>** | **$244.25** |
| | | AFTER 10/2/2022 PAY | $255.24 |

Location of Job : Remote NC, NC

We appreciate your business.

---

**Tax ID:** 27-1166742

*Please detach bottom portion and return with payment.*

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

Invoice No.  : 41653
Invoice Date : 9/2/2022
**Total Due** : **$244.25**
AFTER 10/2/2022 PAY $255.24

Remit To: **EveryWord, Inc.**
**P.O. Box 1459**
**Columbia, SC 29202**

Job No.    : 25162
BU ID      : 1-EWI
Case No.   : 1:21-cv-432-WO-JLW
Case Name  : Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato

# INVOICE

**every|WORD**
EveryWord, Inc. Real-time Reporting

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41748 | 9/9/2022 | 25200 |

| Job Date | Case No. |
|---|---|
| 8/31/2022 | 1:21-cv-432-WO-JLW |

| Case Name |
|---|
| Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato |

| Payment Terms |
|---|
| Net 30 |

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Sergeant Wes Smith | 57.00 | Pages | 176.70 |
| Zoom Connection | 1.00 | | 35.00 |
| E-Transcript & PDF Emailed | 1.00 | | 0.00 |
| Online access to docs at www.EveryWordInc.com | 1.00 | | 0.00 |

TOTAL DUE >>> **$211.70**
AFTER 10/9/2022 PAY $221.23

Location of Job : Remote NC
We appreciate your business.

---

**Tax ID:** 27-1166742

*Please detach bottom portion and return with payment.*

James R. Morgan, Jr., Esquire
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101

Invoice No. : 41748
Invoice Date : 9/9/2022
**Total Due** : **$211.70**
AFTER 10/9/2022 PAY $221.23

Job No. : 25200
BU ID : 1-EWI
Case No. : 1:21-cv-432-WO-JLW
Case Name : Suwanda Evette Humphreys v. Rowan-Salisbury Board of Education and Dep. T Cato

Remit To: **EveryWord, Inc.**
**P.O. Box 1459**
**Columbia, SC 29202**